[No. 20980-9-I.   Division One.   July 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
DEAN DOROSKY, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-02113-7, Frank H. Roberts, Jr., J., entered September 15, 1987. *Affirmed* by unpublished

opinion per Scholfield, J., concurred in by Coleman, C.J., and Swanson, J.